FILED
DEC 20 2010

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

PAUL DAVID FAHEY,

        Plaintiff,

  v.

DOUGLAS COUNTY, et al.,

        Defendants.

CV. 08-1168-HU

ORDER

KING, Judge

    The parties' stipulated motion to dismiss defendants J. Stanko and Paul Morris, M.D. (#57) is GRANTED. Plaintiff's claims against defendants Stanko and Morris are dismissed, with prejudice and without costs or attorney fees.

    IT IS SO ORDERED.

    DATED this 20th day of December, 2010.

                               Garr M. King
                               United States District Judge

1 - ORDER